1 McGREGOR W. SCOTT
United States Attorney
2 PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 Philip.Scarborough@usdoj.gov

6 Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY NASSOR, | CASE NO. 2:18-CV-00250-JAM-AC |
|---|---|
| Plaintiff, | DEFENDANT'S STATEMENT REGARDING PLAINTIFF'S NOTICE TO AMEND CLAIM |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, | |
| Defendant. | |

Defendant the United States Department of Education respectfully submits this statement regarding Plaintiff Anthony Nassor's Notice to Amend Claim, filed with the Court on February 26, 2018. ECF 4.

Defendant does not oppose Plaintiff's request to file an amended complaint. *See* Fed. R. Civ. P. 15(a). Under this Court's rules and the governing law, an amended complaint supersedes the original complaint and, therefore, must be a stand-alone document. E.D. Cal. Local R. 220 ("[E]very pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading."); *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (noting that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent"); *Elder v. Swarthout*, 2015 WL 4730370, at *1 n.5 (E.D. Cal. Aug. 10, 2015) ("[A]s a general rule, an amended complaint supersedes the original complaint."). But Plaintiff's Notice to Amend Claim, ECF 4, does not

appear to contain a complete restatement of his allegations in this case or otherwise include his proposed amended complaint.

Accordingly, Defendant requests that the Court issue an order allowing Plaintiff to file an amended complaint within approximately 30 days, and allowing Defendant 45 days to file a response, by motion or otherwise, as reflected in the proposed order below.

Respectfully submitted,

Dated: February 27, 2018
McGREGOR W. SCOTT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the Court orders as follows.

Plaintiff Anthony Nassor has filed a Notice to Amend Claim. ECF 4. Defendant the United States Department of Education does not oppose Plaintiff's request to amend his complaint. An amended complaint supersedes the original complaint and therefore must contain all allegations sufficient to state a claim without referring to the original complaint. *See* E.D. Cal. Local Rule 220; *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997). Plaintiff's Notice to Amend Claim does not appear to comply with this standard.

Accordingly, the Court orders the parties to conform to the following schedule. By March 30, 2018, Plaintiff Anthony Nassor shall file his amended complaint. By May 14, 2018, Defendant shall file its response, by motion or otherwise.

SO ORDERED.

DATED: March 19, 2018

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE