1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTHONY NASSOR,                        No.  2:18-cv-00250-JAM-AC (PS)

12                    Plaintiff,

13         v.                                ORDER

14    U.S. DEPARTMENT OF EDUCATION,

15                    Defendant.

16

17         Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

18    undersigned by Local Rule 302(c)(21).  On May 3, 2018, defendant filed a motion to dismiss

19    plaintiff's case.  ECF No. 9.  The hearing on the motion was set for June 13, 2018.  Id.  Plaintiff

20    has not responded to the motion.

21         Local Rule 230(c) provides that opposition to the granting of a motion must be filed

22    fourteen days preceding the noticed hearing date.  The Local Rule further provides that "[n]o

23    party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

24    to the motion has not been timely filed by that party."  In addition, Local Rule 230(i) provides

25    that failure to appear may be deemed withdrawal of opposition to the motion or may result in

26    sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

27    grounds for imposition of any and all sanctions authorized by statute or Rule or within the

28    inherent power of the Court."

                                          1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of June 13, 2018 is CONTINUED to June 20, 2018, at 10:00 a.m. in Courtroom No. 26;

2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than June 6, 2018.  Failure to file an opposition or to appear at the hearing will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 1, 2018

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE